**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: December 1, 2014**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 12-58521 |
| | : | |
| Lisa M. Roberts | : | S.S. No. xxx-xx-0546 |
| | : | |
| Debtor | : | Chapter 7, Judge Preston |

### ORDER GRANTING TRUSTEE AUTHORITY TO MAKE INTERIM DISTRIBUTION
### (Doc. No. 91)

This matter is before the Court on the *Motion for Authority to Make Interim Distribution* (Doc. No. 91) ("Motion"), filed by Sara J. Daneman, Attorney for the Trustee, on September 9, 2014, Trustee's Second Report of Distribution (Doc 96) showing funds received after the filing of the Motion. The Trustee requested to make an interim distribution of estate funds in order to avoid further bank fees, thereby precluding further diminution of the estate. Further, distribution at this time allows the Trustee to distribute all monies collected to date and transfer the case to a successor trustee to complete the administration of the sole asset, collection of the balance of the promissory note owed by Petland, Inc. Specifically, the Trustee proposes to distribute the $79,724.21 on hand

as follows:

| | |
|---|---|
| Sara J. Daneman, Trustee Fees | $7,307.35 |
| Sara J. Daneman, Trustee Expenses | 49.56 |
| Sara J. Daneman, Attorney for Trustee Fees | $7,777.50 |
| Sara J. Daneman, Attorney for Trustee Expenses | 233.00 |
| Ohio Bureau of Worker's Compensation | $10,078.56 |
| Attorney General of State of Ohio | $54,278.24 |

The Court having reviewed the Motion and supporting documents, and there being no objection, finds the Motion well taken, and the Trustee's proposed course of action being in the best interest of the estate. It is hereby

ORDERED that the Trustee's Motion for Authority to Make Interim Distribution (Doc. 90) is hereby granted and the Trustee is authorized to make interim distribution according to the proposed distribution detailed in the Motion and Report of Distribution (Doc. 91 and 96) and as set forth above.

**IT IS SO ORDERED.**

Copies to: Default List

# # #