**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In the matter of

**LISA ROBERTS**

Debtor(s)

Case No. **12-58521**

Chapter 7

Judge **C. KATHRYN PRESTON**

## REPORT OF DISTRIBUTION

    Now comes Sara J. Daneman, case trustee and states that this proceeding was commenced on the 2nd day of October, 2012. On September 9, 2014 the trustee filed a Motion to Make Interim Distribution. Additional funds were received after approval of the Motion resulting in additional distribution to priority creditors.

    **WHEREFORE**, based upon the foregoing the trustee shall promptly distribute estate proceeds as set forth in the attached Exhibit: Proposed Distribution Report.

Dated: December 8, 2014

/s/ Sara J. Daneman
Sara J. Daneman, Trustee
3300 Mann Road
Blacklick, OH 43004
Bar No.: 0008254
Tel. No.: (614) 656-7111

# PROPOSED CLAIM DISTRIBUTION REPORT

| | | |
|---|---|---|
| **Trustee Name:** Sara J. Daneman | **Distribution Date:** | 12/08/2014 |
| **Case Number:** 12-58521 | **Distribution Amt:** | $3,162.91 |
| **Case Name:** ROBERTS, LISA M | **Tax ID:** | 616465668 |
| **Claims Bar Date:** 02/06/2013 | **Date:** | 12/8/2014 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution Amount | Paid to Date | Interest | Proposed Paymt | Balance |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $3,162.91 |
| | SARA J. DANEMAN 3300 Mann Road Blacklick OH 43004 | Trustee Compensation | 2100-000 | $7465.49 | $7,307.35 | $0.00 | $158.14 | $3,004.77 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Trustee Compensation | | | $7,465.49 | $7,307.35 | $0.00 | $158.14 | |
| 5 | OHIO BUREAU OF WORKERS Compensation PO Box 15567 Columbus OH 432150567 | Claims of Governmental Units--§ 507(a)(8) | 5800-000 | $21304.48 | $10,078.56 | $0.00 | $470.56 | $2,534.21 |
| | Percent Paid: 49.52% | Notes: | | | | | | |
| 8 | ATTORNEY GENERAL OF STATE OF OHIO Collection Enforcement 150 E. Gay Street 21st Floor Columbus OH 43215 | Claims of Governmental Units--§ 507(a)(8) | 5800-000 | $114735.64 | $54,278.24 | $0.00 | $2,534.21 | $0.00 |
| | Percent Paid: 49.52% | Notes: Claim filed by Department of Taxation, % Rebecca Daum, PO Box 530, Columbus, Ohio 43216, but payment to be sent to above address. | | | | | | |
| | Sub-Totals: Claims of Governmental Units--§ 507(a)(8) | | | $136,040.12 | $64,356.80 | $0.00 | $3,004.77 | |
| | | | **TOTALS:** | $143505.61 | $71664.15 | $0.00 | $3,162.91 | |

| Case No. | 12-58521 | | | Trustee Name: | | Sara J. Daneman |
|---|---|---|---|---|---|---|
| Case Name: | ROBERTS, LISA M | | | Bank Name: | | Cadence Bank |
| Primary Taxpayer ID #: | **-***5668 | | | Checking Acct #: | | ******1461 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 10/2/2012 | | | Blanket bond (per case limit): | | $2,000,000.00 |
| For Period Ending: | 12/8/2014 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2012 | (12) | Lisa Roberts | Proceeds for vehicle pd. in full. | 1129-000 | $2,700.00 | | $2,700.00 |
| 01/02/2013 | 5001 | Myers Reese Smith & Chester | Bond Payment | 2200-003 | | $0.84 | $2,699.16 |
| 01/02/2013 | 5001 | VOID: Myers Reese Smith & Chester | | 2200-003 | | ($0.84) | $2,700.00 |
| 01/02/2013 | 5002 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2200-000 | | $0.84 | $2,699.16 |
| 01/04/2013 | (9) | Petland | Payment on account receivable | 1121-000 | $3,162.91 | | $5,862.07 |
| 01/24/2013 | | Manheim Ohio | payment for 2004 Nissan | * | $5,560.00 | | $11,422.07 |
| | {11} | | selling fee $5,700.00 | 1129-000 | | | $11,422.07 |
| | | | Selling Fee $(105.00) | 2500-000 | | | $11,422.07 |
| | | | ReconsFee $(35.00) | 2500-000 | | | $11,422.07 |
| 02/04/2013 | (9) | Petland, Inc. | Payment for installments | 1121-000 | $3,162.91 | | $14,584.98 |
| 02/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $9.81 | $14,575.17 |
| 03/05/2013 | (9) | Petland Inc. | Payment for installments | 1121-000 | $3,162.91 | | $17,738.08 |
| 03/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $20.42 | $17,717.66 |
| 03/14/2013 | 5003 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2200-000 | | $7.28 | $17,710.38 |
| 04/03/2013 | (9) | Petland, Inc. | payment per Promissory Note | 1121-000 | $3,162.91 | | $20,873.29 |
| 04/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $27.44 | $20,845.85 |
| 05/02/2013 | (9) | Petland, Inc. | payment per promissory note | 1121-000 | $3,162.91 | | $24,008.76 |
| 05/03/2013 | | Cadence Bank | Service Charge | 2600-000 | | $31.90 | $23,976.86 |
| 06/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $37.87 | $23,938.99 |
| 06/06/2013 | (9) | Petland, Inc. | Payment for Promissory Note | 1121-000 | $3,162.91 | | $27,101.90 |
| 07/03/2013 | (9) | Petland, Inc. | Payment on promissory note | 1121-000 | $3,162.91 | | $30,264.81 |
| 07/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $40.85 | $30,223.96 |
| 08/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $47.30 | $30,176.66 |
| 08/06/2013 | (9) | Petland, Inc. | payment for property of the estate | 1121-000 | $3,162.91 | | $33,339.57 |
| 09/05/2013 | (9) | Petland, Inc. | Promissory Note payment | 1121-000 | $3,162.91 | | $36,502.48 |
| 09/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $52.66 | $36,449.82 |
| 10/04/2013 | | Cadence Bank | Service Charge | 2600-000 | | $55.62 | $36,394.20 |
| 10/12/2013 | (9) | Petland | Payment on promissory note | 1121-000 | $3,162.91 | | $39,557.11 |
| 11/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $61.21 | $39,495.90 |
| 11/09/2013 | (9) | Petland | Payment on account receivables | 1121-000 | $3,162.91 | | $42,658.81 |
| 12/05/2013 | (9) | Petland | Payment on promissory note. | 1121-000 | $3,162.91 | | $45,821.72 |
| 12/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $64.32 | $45,757.40 |
| 01/03/2014 | | Cadence Bank | Service Charge | 2600-000 | | $72.54 | $45,684.86 |
| 01/09/2014 | (9) | Petland, Inc. | Payment on promissory note. | 1121-000 | $3,162.91 | | $48,847.77 |
| 01/28/2014 | 5004 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2200-000 | | $19.87 | $48,827.90 |
| 02/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $76.70 | $48,751.20 |
| 02/07/2014 | (9) | Petland, Inc. | Payment on prommissory note. | 1121-000 | $3,162.91 | | $51,914.11 |

**SUBTOTALS**  $52,540.74    $626.63

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-58521 | | | Trustee Name: | Sara J. Daneman |
|---|---|---|---|---|---|
| Case Name: | ROBERTS, LISA M | | | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***5668 | | | Checking Acct #: | ******1461 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/2/2012 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/8/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $73.87 | $51,840.24 |
| 04/03/2014 | (9) | Petland, Inc. | Payment on promissory note. | 1121-000 | $3,162.91 | | $55,003.15 |
| 04/04/2014 | | Cadence Bank | Service Charge | 2600-000 | | $83.67 | $54,919.48 |
| 04/24/2014 | (9) | Petland, Inc. | Check was deposited by bank after locating check on 04/24/2014. | 1121-000 | $3,162.91 | | $58,082.39 |
| 05/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $85.61 | $57,996.78 |
| 05/13/2014 | (9) | Petland, Inc. | Payment on promissory note. | 1121-000 | $3,162.91 | | $61,159.69 |
| 06/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $96.41 | $61,063.28 |
| 06/07/2014 | (9) | Petland, Inc. | Payment on note | 1121-000 | $3,162.91 | | $64,226.19 |
| 07/03/2014 | | Cadence Bank | Service Charge | 2600-000 | | $98.67 | $64,127.52 |
| 07/10/2014 | (9) | Petland, Inc. | Payment on promissory note. | 1121-000 | $3,162.91 | | $67,290.43 |
| 08/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $106.29 | $67,184.14 |
| 08/07/2014 | (9) | Petland, Inc. | | 1121-000 | $3,162.91 | | $70,347.05 |
| 09/05/2014 | (9) | Pettland, Inc. | Payment on promissory note. | 1121-000 | $3,162.91 | | $73,509.96 |
| 09/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $111.57 | $73,398.39 |
| 10/03/2014 | | Cadence Bank | Service Charge | 2600-000 | | $113.33 | $73,285.06 |
| 10/05/2014 | (9) | Petland, Inc. | Payment on promissory note | 1121-000 | $3,162.91 | | $76,447.97 |
| 10/31/2014 | | Cadence Bank | Reverse Bank Fee | 2600-000 | | ($113.33) | $76,561.30 |
| 11/05/2014 | (9) | Petland, Inc. | | 1121-000 | $3,162.91 | | $79,724.21 |
| 11/15/2014 | 5005 | SARA J. DANEMAN, ATTORNEY | Payment of legal fees | 3110-000 | | $7,777.50 | $71,946.71 |
| 11/15/2014 | 5006 | SARA J. DANEMAN, ATTORNEY | Payment for attorney expenses | 3120-000 | | $233.00 | $71,713.71 |
| 12/02/2014 | 5007 | Sara J. Daneman | Trustee Compensation | 2100-000 | | $7,307.35 | $64,406.36 |
| 12/02/2014 | 5008 | Sara J. Daneman | Trustee Expenses | 2200-000 | | $49.56 | $64,356.80 |
| 12/02/2014 | 5009 | Ohio Bureau of Workers | Account Number: ; | 5800-000 | | $10,078.56 | $54,278.24 |
| 12/02/2014 | 5010 | Attorney General of State of Ohio | Account Number: ; | 5800-000 | | $54,278.24 | $0.00 |
| 12/03/2014 | (9) | Petland Inc. | | 1121-000 | $3,162.91 | | $3,162.91 |

| | | | | **SUBTOTALS** | $31,629.10 | $80,380.30 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-58521 | | Trustee Name: | Sara J. Daneman |
|---|---|---|---|---|
| Case Name: | ROBERTS, LISA M | | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***5668 | | Checking Acct #: | ******1461 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/2/2012 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/8/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $84,169.84 | $81,006.93 | $3,162.91 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $84,169.84 | $81,006.93 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $84,169.84 | $81,006.93 | |

**For the period of 10/2/2012 to 12/8/2014**

| | |
|---|---|
| Total Compensable Receipts: | $84,309.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,309.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $81,146.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $81,146.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/31/2012 to 12/8/2014**

| | |
|---|---|
| Total Compensable Receipts: | $84,309.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,309.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $81,146.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $81,146.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 12-58521 |
| **Case Name:** | ROBERTS, LISA M |
| **Primary Taxpayer ID #:** | **-***5668 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/2/2012 |
| **For Period Ending:** | 12/8/2014 |

| | |
|---|---|
| **Trustee Name:** | Sara J. Daneman |
| **Bank Name:** | Cadence Bank |
| **Checking Acct #:** | ******1461 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $84,169.84 | $81,006.93 | $3,162.91 |

**For the period of 10/2/2012 to 12/8/2014**

| | |
|---|---|
| Total Compensable Receipts: | $84,309.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,309.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $81,146.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $81,146.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/02/2012 to 12/8/2014**

| | |
|---|---|
| Total Compensable Receipts: | $84,309.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,309.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $81,146.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $81,146.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SARA J. DANEMAN

SARA J. DANEMAN