# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 12-58521 | CKP | Judge: | C. Kathryn Preston | Trustee Name: | CHRISTAL L. CAUDILL |
|---|---|---|---|---|---|---|
| Case Name: | ROBERTS, LISA M | | | | Date Filed (f) or Converted (c): | 10/02/2012 (f) |
| | | | | | 341(a) Meeting Date: | 11/08/2012 |
| For Period Ending: | 12/31/2014 | | | | Claims Bar Date: | 02/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  4482 Westerville Road Columbus, Oh 43231 | 91,700.00 | 0.00 | OA | 0.00 | FA |
| 2.  27599 Bray Hollow Road 31 Acres In Vinton County | 62,000.00 | 62,000.00 | OA | 0.00 | FA |
| 3.  Us Bank - Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 4.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 5.  Misc. Household Items Including: Cherry Bedroom Set ($500) & | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 6.  Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7.  Coin Collection (Misc. Pennies & Nickels) | 150.00 | 150.00 | | 0.00 | FA |
| 8.  Clothing | 400.00 | 400.00 | | 0.00 | FA |
| 9.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10.  3 Gold Rings | 1,400.00 | 0.00 | | 0.00 | FA |
| 11.  1 Ruby Ring, 2 Diamond Rings, 1 Diamond Necklace, 1 Sapphire | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 12.  2003 Canon Camera W/2 Lenses | 100.00 | 100.00 | | 0.00 | FA |
| 13.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 14.  Universal Life Insurance Policy With State Farm Daughter Is | 955.00 | 0.00 | | 0.00 | FA |
| 15.  L. Roberts Enterprises Assets: None Debts: See Schedules D & | 0.00 | 0.00 | | 0.00 | FA |
| 16.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 17.  Promissory Note In The Amount Of $170,776.00 Maker Is Petlan | 154,692.00 | 113,864.76 | | 0.00 | 113,864.76 |
| 18.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 19.  Possible 2011 & 2012 Tax Refunds | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 21.  2004 Nissan Murano 113,000 Miles | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 22.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 23.  1983 Happy House Single Wide Trailer | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 24.  Void (u) | 0.00 | N/A | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-58521 | CKP | Judge: | C. Kathryn Preston | Trustee Name: | CHRISTAL L. CAUDILL |
|---|---|---|---|---|---|---|
| Case Name: | ROBERTS, LISA M | | | | Date Filed (f) or Converted (c): | 10/02/2012 (f) |
| | | | | | 341(a) Meeting Date: | 11/08/2012 |
| For Period Ending: | 12/31/2014 | | | | Claims Bar Date: | 02/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  2000 Pontiac Trans-Am 61,000 Miles | 7,500.00 | 2,900.00 | | 0.00 | FA |
| 26.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $338,297.00 | $196,714.76 | | $0.00 | $113,864.76 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/8/14 Opened filed. Received reassignment from Daneman.
12/30/14 Sent payment coupons to Petland
01/15/15 Filed application to Employ Accountant

Initial Projected Date of Final Report (TFR): 12/31/2018       Current Projected Date of Final Report (TFR): 12/31/2018

Trustee Signature:        /s/ CHRISTAL L. CAUDILL        Date: 01/20/2015

CHRISTAL L. CAUDILL
3757 Attucks Drive
Powell, Ohio 43065
(614) 389-4940