# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN

| | | |
|---|---|---|
| **In re:** | **:** | Case No. 12-58521 |
| Lisa M. Roberts | **:** | Chapter 7 |
| | **:** | Judge C. Kathryn Preston |
| **Debtor(s)** | **:** | |

## CHRISTAL L. CAUDILL, SUCCESSOR TRUSTEE'S
## REPORT OF PRIOR ADMINISTRATION

The undersigned Trustee hereby makes this Report and Accounting of Prior Administration under Federal Rules of Bankruptcy Procedure 2012(b)(2) and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 2, 2012. Sara J. Daneman was appointed as Trustee on October 2, 2012.

2. Christal L. Caudill was appointed as successor trustee on December 8, 2014.

3. Sara J. Daneman, prior Chapter 7 Trustee realized gross receipts of $84,309.84, incurred bank charges of $1,254.73 and made disbursements of $83,055.11 leaving a balance of $0.

4. An individual estate property record and report (Form 1) showing the status of all property of the estate as administered by the prior Trustee is attached as Exhibit "A".

5. A cash receipts and disbursement record (Form 2) for each estate bank account as administered by the prior Trustee is attached as Exhibit "B".

Date: 4/19/16                                    Respectfully submitted,

                                                 /s/ CHRISTAL L. CAUDILL
                                                Christal L. Caudill, Trustee
                                                3757 Attucks Drive
                                                Powell, OH 43065
                                                T: 614.389.4942
                                                F: 614.389.3857
                                                clcaudill@caudill-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate of copy of the foregoing Successor Trustee's Report of Prior Administration was served upon all parties on the attached list by electronic and/or ordinary U.S. Mail, postage prepaid, this 19th day of April, 2016.

/s/Christal L. Caudill
Christal L. Caudill

**VIA ELECTRONIC SERVICE:**

- Glenn F Alban
- Asst US Trustee (Col)
- Sara J Daneman
- Brian M Gianangeli
- Lawrence Hackett
- Christy Prince
- Mark J Sheriff
- Stephanie P Union
- Brian D. Wood

**VIA ORDINARY MAIL:**

Lisa M Roberts
4480 Village Park Drive
Columbus, OH 43228